No. 58895.—Edgar C. Hyman Co., Inc. *v.* United States, protests 209502–K, 201928–K, and 210952–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils similar in all material respects to those the subject of Abstract 57645, the claim of the plaintiff was sustained.